UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTIAN HERNANDEZ, Petitioner(s), v. BRUCE SCOTT, Respondent(s). | CASE NO. C26-2549-KKE<br><br>ORDER GRANTING MOTIONS TO APPOINT COUNSEL |

This is a federal habeas action filed under 28 U.S.C. § 2241. Petitioner has filed motions to appoint counsel. Dkt. Nos. 3, 10. Having reviewed the motions to appoint counsel (*id.*), the petition for writ of habeas corpus (Dkt. No. 4), and relevant record, the Court finds that, because of the complex issues involved in this case, the interests of justice require that counsel be appointed for Petitioner. *See* 18 U.S.C. § 3006A(a)(2)(B). Moreover, Petitioner has submitted materials that support his financial eligibility for such appointment. *See* Dkt. No. 10 at 6–7.

Accordingly, the Court ORDERS as follows:

(1) The Court GRANTS Petitioner's motions for appointment of counsel. Dkt. Nos. 3, 10.

(2) This matter is referred to attorney Jennie Pasquarella for review.

(3) The Court requests that Ms. Pasquarella review the petition and advise the Court by email to the courtroom deputy at KKEcrd@wawd.uscourts.gov no later than September 14, 2026, if she will seek appointment in this matter.

(4) The Clerk is directed to send a copy of this order to Petitioner, and a copy of this order and the case file to Ms. Pasquarella at jpasquarella1@seattleu.edu.

Dated this 2nd day of September, 2026.

Kymberly K. Evanson
United States District Judge