UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTIAN HERNANDEZ,<br>Petitioner(s),<br>v.<br>BRUCE SCOTT,<br>Respondent(s). | CASE NO. C26-2549-KKE<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Kymberly K. Evanson, United States District Judge:

The Court previously directed the clerk to send a copy of the case file to Jennie Pasquarella, to help her to determine whether to seek appointment in this matter. Dkt. No. 12. Since then, the Government filed a notice of intent to imminently remove Petitioner. Dkt. No. 13. The clerk is directed to send a copy of this order and the Government's notice (Dkt. No. 13) to Ms. Pasquarella at jpasquarella1@seattleu.edu for her review.

Dated this 8th day of September, 2026.

Joshua C. Lewis
Clerk

*/s/Alejandro Pasaye Hernandez*
Deputy Clerk